FILED
CLERK, U.S. DISTRICT COURT

OCT 22 2024

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Marco Antonio Nava, <br><br> Defendant. | Case No.: 5:24mj00433 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    ( ) other: _____

and/ or

B. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(X)   information in the Pretrial Services Report and Recommendation
(X)   information in the violation petition and report(s)
( )   the defendant's nonobjection to detention at this time
( )   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: October 22, 2024

SHERI PYM
United States Magistrate Judge